Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | |
|---|---|
| THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>       Defendant. | Before: Hon. _____<br>     Judge<br><br>Court No. 24-00012 |

**TO:** The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

             /s/ *Mario Toscano*
             Clerk of the Court

1. Plaintiff, The American Line Pipe Producers Association Trade Committee, is an association of domestic producers of large diameter welded pipe and is therefore an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(E). Plaintiff also participated in the administrative review under appeal by filing comments and written arguments. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
(Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the 2021-2022 administrative review of the antidumping duty order on Large Diameter Welded Pipe from Greece. *Large Diameter Welded Pipe From Greece*, 88 Fed. Reg. 88,573 (Dep't Commerce Dec. 22, 2023). This determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii).
(Brief description of the contested determination)

3. December 22, 2023
(Date of determination)

Form 3-2

4.  December 22, 2023 (88 Fed. Reg. 88, 573)
    (If applicable, date of publication in Federal Register of notice of contested determination)

        Timothy C. Brightbill, Esq.
        Laura El-Sabaawi, Esq.
        Elizabeth S. Lee, Esq.
        Paul J. Coyle, Esq.

        **WILEY REIN LLP**
        2050 M Street, NW
        Washington, DC 20036
        (202) 719-7000
        WileyTrade@wiley.law

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

January 19, 2024
Date

**SEE REVERSE SIDE**

Form 3-3

**SERVICE OF SUMMONS BY THE CLERK**

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge  
International Trade Field Office  
U.S. Department of Justice, Civil Division  
Room 346, Third Floor  
26 Federal Plaza  
New York, NY 10278  

General Counsel  
U.S. Department of Commerce  
14th Street and Constitution Avenue, NW  
Washington, DC 20230  

Supervising Attorney  
Civil Division – Commercial Litigation Branch  
U.S. Department of Justice  
P.O. Box 480  
Ben Franklin Station  
Washington, DC 20044