IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>       Defendant. | Before: Hon. _____<br><br>Court No. 24-00012 |

## COMPLAINT

Plaintiff the American Line Pipe Producers Association Trade Committee ("Plaintiff" or "ALPPA"), by and through its attorneys, alleges and states as follows:

### ADMINISTRATIVE DETERMINATION TO BE REVIEWED

1. Plaintiff brings this Complaint to contest portions of the U.S. Department of Commerce ("Commerce") final results of the 2021-2022 administrative review of the antidumping duty order on large diameter welded pipe ("LDWP") from Greece. *See Large Diameter Welded Pipe from Greece*, 88 Fed. Reg. 88,573 (Dep't Commerce Dec. 22, 2023) (final results of antidumping duty admin. rev.; 2021-2022) ("*Final Results*") and accompanying Issues and Decision Memorandum ("I&D Memo"). The *Final Results* were issued on December 18, 2023 and published in the *Federal Register* on December 22, 2023.

### JURISDICTION

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c), as this action is commenced under sections 516A(a)(2)(A)(i)(I) and (B)(iii) of the Tariff Act of 1930, *codified as amended* (the "Act"). 19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) and (B)(iii).

Ct. No. 24-00012

## STANDING

3. Plaintiff is an association of domestic LDWP producers and therefore is an interested party within the meaning of 19 U.S.C. § 1677(9)(E). Plaintiff was a party to the administrative review in connection with which this matter arises. Accordingly, Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## TIMELINESS OF ACTION

4. Plaintiff commenced this action by filing a Summons on January 19, 2024, within 30 days after the publication of the *Final Results* in the *Federal Register*. Summons (Jan. 19, 2024), ECF No. 1. Plaintiff is filing this Complaint within 30 days after filing the Summons. The Summons and Complaint, therefore, are timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and Rules 3(a)(2) and 6(a) of this Court.

## HISTORY OF THE ADMINISTRATIVE PROCEEDING

5. On May 2, 2019, Commerce published the antidumping duty order on LDWP from Greece. *Large Diameter Welded Pipe from Greece*, 84 Fed. Reg. 18,769 (Dep't Commerce May 2, 2019) (final affirm. antidumping deter. and antidumping duty order).

6. Commerce initiated the administrative review subject to this Complaint on July 14, 2022, covering the period of review ("POR") May 1, 2021 to April 30, 2022. *Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 87 Fed. Reg. 42,144, 42,146-47 (Dep't Commerce July 14, 2022).

7. Commerce issued an initial questionnaire to mandatory respondent Corinth Pipeworks Pipe Industry S.A. ("CPW") on July 21, 2022. Antidumping Request for Information, *Large Diameter Welded Pipe from Greece* (July 21, 2022). Commerce subsequently issued multiple supplemental questionnaires to CPW. *See, e.g.*, Letter from Michael P. Martin,

Ct. No. 24-00012

Enf't & Compliance, Off. of Accounting, Supervisory Accountant, to Mowry & Grimson, PLLC, re: *Antidumping Duty Administrative Review of Large Diameter Welded Pipe from Greece* (Nov. 28, 2022).

8.   Commerce issued a request for constructed value ("CV") profit and selling expense comments and information on May 25, 2023 in the event that it was unable to calculate profit and selling expenses using the preferred method under section 772(e)(2)(A) of the Act. Letter from Taija A. Slaughter, Dir., Off. of Accounting, Enf't & Compliance, to All Interested Parties, re: *Antidumping Duty Administrative Review of Large Diameter Welded Pipe from Greece: Request for Constructed Value Profit and Selling Expense Comments and Information* (May 25, 2023). ALPPA and CPW each submitted CV profit and selling expense comments and rebuttal comments on June 15, 2023 and June 28, 2023, respectively. *See* I&D Memo at 2.

9.   Commerce conducted verification of CPW's cost data from March 27-31, 2023, and sales data from April 3-7, 2023. *See, e.g.*, Memorandum from Heidi K. Schriefer, Senior Accountant, through Taija A. Slaughter, Off. Dir., to The File, re: *Verification of the Cost Response of Corinth Pipeworks Pipe Industry S.A. in the Antidumping Duty Administrative Review of Large Diameter Welded Pipe from Greece* (May 31, 2023) ("CVR").

10.   Commerce issued preliminary results on June 2, 2023, which were published in the Federal Register on June 20, 2023. *See Large Diameter Welded Pipe from Greece*, 88 Fed. Reg. 39,823 (Dep't Commerce June 20, 2023) (prelim. results of antidumping duty admin. rev.; 2021-2022) ("*Prelim Results*") and accompanying Preliminary Decision Memorandum. ("Prelim. Decision Memo"). Commerce preliminarily calculated a dumping margin of 6.95 percent for CPW. *Prelim Results* at 39,824. In the preliminary results, Commerce revised CPW's scrap

Ct. No. 24-00012

offset to value the transactions with affiliated parties at market values. Prelim. Decision Memo at 11.

11. ALPPA and CPW each filed case briefs on August 3, 2023, and rebuttal briefs on August 14, 2023. *See* I&D Memo at 2. In its brief, ALPPA explained that Commerce's transactions disregarded analysis failed to capture the full extent of the adjustment necessary for CPW's byproduct and that, rather than compare CPW's transfer prices to market prices, Commerce should compare the scrap standard value to market prices. Letter from Wiley Rein LLP to Sec'y Commerce, re: *Large Diameter Welded Pipe from Greece: Case Brief* (Aug. 3, 2023) at 2-4. With the scrap offset properly calculated, ALPPA asserted, all of CPW's home market sales would fail the cost test, requiring the Department to base normal value on constructed value. *See id.* at 4-13. CPW submitted a rebuttal to these arguments. Letter from Mowry & Grimson, PLLC to Sec'y Commerce, re: *Large Diameter Welded Pipe from Greece: Rebuttal Case Brief* (Aug. 14, 2023).

12. Commerce issued its *Final Results* on December 18, 2023, which were published in the *Federal Register* on December 22, 2023. *See Final Results*, 88 Fed. Reg. at 88,573. In the *Final Results*, Commerce calculated a 0.00 percent margin for CPW. *Id.* at 88,574.

13. In the *Final Results*, Commerce made certain changes to its preliminary transactions disregarded adjustment to CPW's reported scrap material offset. *See* I&D Memo at 13-18. Commerce rejected ALPPA's case brief argument regarding the transactions disregarded adjustment. *Id.* at 18. However, Commerce determined that the transactions disregarded analysis applied to CPW's scrap material offset should reflect only the specific types of scrap that were generated during the period of review. In particular, Commerce stated: "{W}e continue to apply a transactions-disregarded adjustment factor that . . . represents the difference

between CPW's own POR weighted-average prices with affiliated parties (transfer price) and unaffiliated parties (market price). However, in doing so we eliminated the transactions for the scrap types that were not generated during the production of the reported products . . . ." I&D Memo at 16.

14. In its Final Results Cost Calculation Memo, Commerce once again plainly articulated its intent to eliminate from the transactions disregarded analysis all scrap types that were not generated during the production of CPW's reported CONNUMs: "For these final results, we have revised our preliminary adjustment to exclude from our analysis those types of scrap that were not generated during the production of the reported products." Memorandum from Heidi K. Schriefer, Senior Accountant, to Taija A. Slaughter, Dir., Enf't & Compliance, Off. of Accounting, re: *Antidumping Duty Administrative Review of Large Diameter Welded Pipe from Greece: Cost of Production and Constructed Value Calculation Adjustments for the Final Results – Corinth Pipeworks Pipe Industry S.A.* (Dec. 15, 2023) at 1 ("Final Cost Calculation Memo").

15. Despite its clearly expressed intent to eliminate from the transactions disregarded calculations all scrap that was not generated from the production of the reported products, Commerce did not in fact exclude all such data. Instead, Commerce's analysis only partially excluded certain types of scrap that it intended to fully exclude from the final results calculations. *Compare* CVR at 22-23, Cost Verification Exhibit 17, *with* Final Cost Calculation Memo at Attachment 1; Memorandum from Heidi K. Schriefer, Senior Accountant, to Taija A. Slaughter, Dir., Enf't & Compliance, Off. of Accounting, re: *Antidumping Duty Administrative Review of Large Diameter Welded Pipe from Greece: Cost of Production and Constructed Value*

Ct. No. 24-00012

*Calculation Adjustments for the Preliminary Results – Corinth Pipeworks Pipe Industry S.A.* (May 31, 2023) at Attachment 2 ("Prelim Cost Calculation Memo").

16. For example, Commerce failed to exclude certain scrap types: from its transfer price calculations; from both the numerator (*i.e.*, the total affiliated sales of steel scrap) and denominator (*i.e.*, total scrap sales) used to calculate the percentage that the scrap sold to affiliated parties represents of the total scrap sales; and from the calculation of scrap as a percentage of the byproduct offset (at Table C of its calculations). *See* Final Cost Calculation Memo at Attachment 1; Prelim Cost Calculation Memo at Attachment 2.

17. On December 27, 2023, ALPPA filed a ministerial error allegation regarding Commerce's *Final Results*, including an argument that Commerce failed to implement the changes that it stated it had made to its preliminary transactions disregarded adjustment to CPW's reported scrap material offset. Letter from Wiley Rein LLP to Sec'y Commerce, re: *Large Diameter Welded Pipe from Greece: Ministerial Error Allegation Comments* (Dec. 27, 2023) ("ALPPA's Ministerial Error Comments").

18. ALPPA's Ministerial Error Comments explained that Commerce's mistaken calculations for the *Final Results* had incorrectly caused a few of CPW's home market ("HM") sales to pass the cost test and, as a result, Commerce used those sales as the basis of the CV profit and selling expense ratios. When calculated as Commerce stated it intended, however, these HM sales fall below cost, which would have required Commerce should have considered sources for CV profit and selling expenses based on the alternative "any other reasonable method" pursuant to section 773(e)(2)(B)(iii) of the Act. ALPPA's Ministerial Error Comments at 5-6.

19. On January 22, 2024, Commerce accepted one ministerial error alleged by ALPPA, but rejected ALPPA's other ministerial error allegations – including the argument related to the transactions disregarded adjustment to the scrap offset – as methodological arguments. Because the one ministerial error accepted by Commerce did not alter the estimated weighted-average dumping margin calculated for CPW, Commerce did not amend the *Final Results*, and CPW's margin remains at 0.00 percent. Memorandum from David Crespo, Senior Int'l Trade Compliance Analyst, Off. II, AD/CVD Operations, and Heidi K. Schriefer, Senior Accountant, Off. of Accounting, to Minoo Hatten, Dir., Off. II, AD/CVD Operations, re: *Ministerial Error Allegations in the Final Results of the 2021-2022 Antidumping Duty Administrative Review of Large Diameter Welded Pipe from Greece* (Jan. 22, 2024).

## CLAIMS AND BASES FOR RELIEF

### Count I

20. Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 19.

21. Commerce's failure to fully exclude from its transactions disregarded analysis the types of scrap that were not generated during POR was not supported by substantial evidence and in accordance with law.

### Count II

22. Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 21.

23. Commerce's rejection of Plaintiff's ministerial error allegations was unsupported by substantial evidence and otherwise not in accordance with law.

Ct. No. 24-00012

## **REQUEST FOR JUDGMENT AND RELIEF**

For the reasons stated in this Complaint, Plaintiff respectfully requests that the Court:

1) Hold that aspects of Commerce's final results in the 2021-2022 antidumping duty administrative review of *Large Diameter Welded Pipe from Greece* are not supported by substantial record evidence and otherwise not in accordance with law; and

2) Remand the final determination to Commerce for disposition consistent with the Court's final opinion; and

3) Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Elizabeth S. Lee, Esq.
Paul J. Coyle, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*Counsel for The American Line Pipe Producers Association Trade Committee*

Dated: February 17, 2024

8

# **CERTIFICATE OF SERVICE**

PUBLIC SERVICE

*The American Line Pipe Producers Association Trade Committee v. United States*
**Court No. 24-00012**

I certify that a copy of this public submission was served on the following parties, via certified mail and electronic service, on February 17, 2024.

                                              */s/ Paul J. Coyle*
                                              Paul J. Coyle, Esq.

Kristin H. Mowry, Esq.
**Mowry & Grimson PLLC**
5335 Wisconsin Avenue, NW
Suite 810
Washington, DC 20015

Attorney in Charge
International Trade Field Office
Civil Division
**U.S. Department of Justice**
Room 346, Third Floor
26 Federal Plaza
New York, NW 10278

General Counsel
**U.S. Department of Commerce**
14th Street and Constitution Avenue, NW
Washington, DC 20230

Isabelle Aubrun
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044