FORM 8A

# IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **THE AMERICAN LINE PIPE PRODUCERS ASSOCIATION TRADE COMMITTEE,** | |
| Plaintiff, | **Before:** Hon. Stephen Alexander Vaden, Judge |
| v. | |
| **UNITED STATES,** | **Court No. 24-00012** |
| Defendant, | |
| and | |
| **CORINTH PIPEWORKS PIPE INDUSTRY S.A.,** | |
| Defendant-Intervenor, | |
| and | |
| **CPW AMERICA CO.,** | |
| Defendant-Intervenor. | |

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, hereby dismisses this action.

Dated: July 8, 2024

*/s/ Timothy C. Brightbill*
Timothy C. Brightbill, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
Phone (202) 719-7000
WileyTrade@wiley.law

*Counsel for The American Line Pipe Producers Association Trade Committee*

Ct. No. 24-00012                                                FORM 8A

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | */s/ L. Misha Preheim*<br>L. MISHA PREHEIM<br>Assistant Director |
| OF COUNSEL:<br>FEE PAUWELS<br>Attorney<br>Office of the Chief Counsel<br>   for Trade Enforcement & Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | */s/ Isabelle Aubrun*<br>ISABELLE AUBRUN<br>Trial Attorney<br>United States Department of Justice<br>Commercial Litigation Branch<br>P.O. Box 480 \| Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-0465<br>isabelle.aubrun2@usdoj.gov |
|  | *Attorneys for Defendant United States* |
|  | */s/ Kristin H. Mowry*<br>Kristin H. Mowry, Esq. |
|  | **MOWRY & GRIMSON, PLLC**<br>5335 Wisconsin Ave., NW<br>Suite 810<br>Washington, DC 20015<br>Phone (202) 688-3610 |
|  | *Counsel to Defendant-Intervenors Corinth Pipeworks Pipe Industry S.A. and CPW America Co.* |

**Ct. No. 24-00012** FORM 8A

Order of Dismissal

    This action, having been voluntarily stipulated for dismissal by all parties having appeared in the action, is dismissed.

Dated:   July 8, 2024

                              Clerk, U.S. Court of International Trade

                              By:   /s/ Jason Chien
                                                Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)